United States District Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID GANZ, § § § Plaintiff, § § VS. § § NOVA HEALTHCARE, P.A., U.S., *et al.*, § § Defendants. § § | CIVIL ACTION NO. 4:22-CV-00477 |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. Doc. #19. This case is hereby DISMISSED on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

It is so ORDERED.

AUG 3 0 2022
Date

The Honorable Alfred H. Bennett
United States District Judge